**DENY; and Opinion Filed January 2, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00003-CV

### IN RE C.T. AND T.T., Relators

**Original Proceeding from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-21227-Z-265**

## MEMORANDUM OPINION

Before Justices Lang, Fillmore, and Brown
Opinion by Justice Lang

Relators filed this petition for writ of mandamus requesting that the Court order the trial court to return the child who is the subject of this petition to relators immediately and order the trial court to dismiss the case. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relators have not shown they are entitled to the relief requested. *See Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relators' petition for writ of mandamus. TEX. R. APP. P. 52.8(a).

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

150003F.P05